# Exhibit 1



Robert B. Fitzpatrick <rfitzpatrick@robertbfitzpatrick.com>

## Debra J. Brent v. Priority 1 Automotive Group, Civil Action No.: 8:14-cv-01705-PWG

**Robert B. Fitzpatrick** <fitzpatrick.law@verizon.net>  Fri, Nov 7, 2014 at 2:42 PM
To: srf@fwglaw.com
Bcc: Robert Fitzpatrick <fitzpatrick.law@verizon.net>

Steven:

From the attachments to the motion papers, it would appear that we only have a small portion of the "standard employee information handbook" -- your exhibit B to your motion.  We would like to avoid there being an issue regarding the failure to submit a complete document.  If you could please email us the entire handbook ASAP, we would very much appreciate it.

Thanks much.

Have a wonderful weekend.

--
All the best.

Robert ("Bob") B. Fitzpatrick
Robert B. Fitzpatrick, PLLC
Universal Building South
1825 Connecticut Avenue, N.W.
Suite 640
Washington, D.C. 20009-5728
Telephone: (202) 588-5300
Facsimile: (202) 588-5023
E-mail: fitzpatrick.law@verizon.net

Please visit our website at www.robertbfitzpatrick.com

Please visit my Twitter at www.twitter.com/FitzpatrickLaw

Please visit our Blog at www.robertfitzpatrick.blogspot.com

*Rated AV® Preeminent™*

*Listed in Best Lawyers 2015*

* * * * * * * * * * * * * * * * * * * * * * * * * * *
CONFIDENTIALITY NOTE: The unauthorized disclosure or interception of email is a federal crime; 18 U.S.C. Sec. 2517(4).  This electronic message transmission contains information which may be confidential or privileged.  The information is intended solely for the recipient, and use by any other party is not authorized.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please immediately notify Law Offices of Robert B. Fitzpatrick by telephone at 202-588-5300 or by electronic mail.  Thank you.  Please visit our website at www.robertbfitzpatrick.com

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).