# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Debra J. Brent,                                    )
                                                   )
        **Plaintiff,**                           )
                                                   )
        v.                                  )    **Case No. 8:14-cv-01705-PWG**
                                                   )
Priority 1 Automotive Group, Inc., *et al.*        )
                                                   )
        **Defendants.**                         )
                                                   )

### DECLARATION OF MS. DEBRA BRENT

I, Ms. Debra Brent, hereby make this Declaration in support of Plaintiff's Supplemental

Memorandum in Opposition to Defendants' Motion to Dismiss and Compel Arbitration, filed in the

above-captioned matter.

1)      I am over the age of eighteen (18) and am otherwise competent to make this Declaration on

my own behalf. The information contained in this Declaration is based on facts within my

personal knowledge, and is accurate to the best of my personal knowledge, records, and personal

recollection.

2)      During my employment with the defendants in the above-captioned matter (hereafter,

"Defendants"), I was presented with a document entitled "Offer of Employment

Confirmation." *See* Delach Aff. at Ex. A, Doc. 15.1 (the "Employment Offer").

3)      The Employment Offer dealt, and I understood it to deal, solely with my compensation

plan.

4)      Purportedly attached to the Employment Offer was a copy of BMW of Rockville's (hereafter

"BMW"'s) Client Advisor Compensation Plan.

_____
Initials

Page 1 of 2

5)    Defendants' Standard Employee Information Handbook (the "Handbook") was not

attached to the Employment Offer, and I was not provided with a copy of the Handbook when

I was presented with the Employment Offer.

6)    I thought I was being asked to sign the Employment Offer because the Compensation Plan

following BMW's purchase by Defendant Priority 1 Automotive Group, Inc. (hereafter,

"Priority 1") was different than the Compensation Plan prior to BMW's purchase by Priority 1.

7)    I read the first two sentences of the Employment Offer conjunctively to mean that my

compensation plan was confidential, subject to company policy.


I declare under penalty of perjury that the foregoing is true and correct.


_____                    _November 11, 2014_

Ms. Debra Brent                                     Date


_____
Initials                        Page 2 of 2